### 2999.   JOHNSON *v*. SOUTHERN RAILWAY COMPANY.

RUSSELL, J. Taking the plaintiff's own testimony, according to the well-recognized rule that it shall be most strongly construed against him where it is fairly susceptible of two different constructions, the case falls within the decisions of the Supreme Court in *Seaboard Air-Line Ry.* v. *Rainey*, 122 *Ga.* 307 (50 S. E. 88), and *Nunn* v. *Georgia Railroad*, 71 *Ga.* 710.                    *Judgment affirmed.*
        DECIDED SEPTEMBER 11, 1911.

Action for damages; from city court of Floyd county—W. J. Nunnally, judge pro hac vice. September 28, 1910.

The exceptions were to the directing of a verdict for the defendant.

*Eubanks & Mebane*, for plaintiff.

*George A. H. Harris & Sons, Maddox, McCamy & Shumate*, for defendant.